awarded all of a wrongful death award to a decedent's mother, declining to award the father any part of the proceeds, holding that the father suffered no loss.

A like result was reached by the West Virginia Supreme Court in *Walker v. Walker*, 177 W.Va. 35, 350 S.E.2d 547 (1986), with respect to claims between siblings to an award for the wrongful death of their father. One sibling received all of a $65,000 settlement to the exclusion of ten others.

Although each state's apportionment statute differs, this court finds the rationale of the cases from other jurisdictions cited herein consistent with this court's interpretation of § 537.095.3. The judgment of the trial court is affirmed.

SHRUM, C.J., and CROW, J., concur.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

From a judgment denying request for relief without evidentiary hearing, under Rule 24.035 to set aside guilty pleas for second degree murder and armed criminal action, the court determined the motion was not timely filed. Appeal dismissed.

**David MINTON, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 51064.

Missouri Court of Appeals, Western District.

Oct. 31, 1995.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

**STATE of MISSOURI, Respondent,**

v.

**Freddie J. JOHNSON, Appellant.**

**Freddie J. JOHNSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. WD 48222, WD 50101.

Missouri Court of Appeals, Western District.

Oct. 31, 1995.